### STATE OF CONNECTICUT *v.* LEO CHARLES

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 722 (AC 18529), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Del Atwell*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided April 13, 2000

### ROBERT BRIAN CRIM *v.* YALE UNIVERSITY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 908 (AC 18877), is denied.

MCDONALD, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Robert Brian Crim*, pro se, in support of the petition.

*Michael J. Boyle*, in opposition, which was adopted by *Patrick M. Noonan* and *Kevin C. Shea*.

Decided April 13, 2000